UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

EUROSPARK INDUSTRIES, INC.,

        Appellant,

    -against-

MASSACHUSETTS BAY INSURANCE COMPANY

        Appellee.

---------------------------------------------------------------X

05-CV-208 (ERK)(JMA)

**MEMORANDUM & ORDER**

FILED IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 13, 2005 ★

KORMAN, Chief Judge.

I have received Michael Spiegel's motions to: (1) intervene in the instant action, and (2) to either unseal certain tape recordings and transcripts, or permit counsel for Mr. Spiegel to review the sealed transcripts. The parties are hereby ordered to submit to the court by May 13, 2005, whether they intend to oppose these two motions, and, if they do, the parties are directed to submit their briefs by May 25, 2005. If Mr. Spiegel would like to file a reply, he may do so by June 1, 2005.

**SO ORDERED:**

Dated: May __9__, 2005  
Brooklyn, New York

s/Edward R. Korman  
Edward R. Korman  
United States District Judge

1